UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04159-JWH-SK | Date | July 27, 2026 |
| Title | *Arnoldo Marcelino Chevez-Alvarez v. Facility Administrator, et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Priscilla Deason for Clarissa Lara | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: ORDER DENYING PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER [ECF No. 2]**

Before the Court is the Motion of Petitioner Arnoldo Marcelino Chevez-Alvarez for a Temporary Restraining Order (a "TRO") enjoining Respondents from "transferring him out of the Central District of California pending the resolution of his Petition, . . . and for immediate relief on his unlawful detention."[1] The Court determines that this matter is appropriate for resolution without a hearing. *See* Fed. R. Civ. P. 78; L.R. 7-15. After considering the papers filed in support,[2] the Court **DENIES** Chevez-Alvarez's Motion, for the reasons set forth below.

In view of the high volume of petitions for writs of habeas corpus filed by those in immigration detention, and to facilitate their expedited resolution, the Court has issued General Order No. 26-05.[3] Pursuant to that General Order, the

---

1 Pl.-Pet.'s *Ex Parte* Mot. for TRO (the "Motion") 1 [ECF No. 2].

2 The Court considered the documents of record in this action, including the following papers: (1) Motion; and (2) Pl.-Pet.'s Pet. (the "Petition") [ECF No. 1].

3 Not. of General Order 26-05 and Briefing Schedule (the "General Order") [ECF No. 4].

Court set a briefing schedule for Chevez-Alvarez's Petition: Respondents' answer is due by July 31, 2026, and Farah's reply is due no later than August 3, 2026, if he is represented by counsel, and no later than August 14, 2026, if he is *pro se*.[4] Furthermore, the General Order requires the Government to provide Chevez-Alvarez at least "two court days' notice" if it intends to remove him from the Central District of California.[5]

In view of the expedited briefing schedule for the underlying Petition and the notice requirement before Chevez-Alvarez may be removed from this District, the Court is not convinced that emergency relief is necessary. Any delay that may result from awarding Chevez-Alvarez relief based upon the Petition alone would be minimal. Thus, the Court concludes that Farah is not entitled to preliminary relief at this time. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (the petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief"). Accordingly, Chevez-Alvarez's Motion is **DENIED**.

For those reasons, the Court hereby **ORDERS** as follows:

1. Chevez-Alvarez's instant Motion [ECF No. 2] is **DENIED**.

2. Pursuant to General Order Nos. 05-07 and 26-05, proceedings on the merits of Chevez-Alvarez's underlying Amended Petition will **CONTINUE** before the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

---

4 *Id.* at 3:2-8.

5 *Id.* at 7:22–26.