**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ARNOLDO MARCELINO CHEVEZ-ALVAREZ,

Petitioner,

v.

FACILITY ADMINISTRATOR, Adelanto ICE Processing Center, *et al.*,

Respondents.

Case No. 5:26-cv-04159-JWH-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT PETITION IN PART**

Pursuant to 28 U.S.C. § 636(b), the Court has reviewed the filed Report and Recommendation to Grant Petition in Part. Because the Court-ordered deadline for objections has passed with none filed, the Court need not review *de novo* the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*). Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The petition under 28 U.S.C. § 2241 is **GRANTED in part** as recommended.

2. Respondents are **DIRECTED** to release Petitioner Arnoldo Marcelino Chevez-Alvarez (A# 241-004-467) no later than September 8, 2026, unless Respondents provide Chevez-Alvarez an individualized *Rodriguez* bond hearing before an immigration judge under 8 U.S.C. § 1226(a) with the Government bearing the burden of proof by clear and convincing evidence.

3. In all other respects, the § 2241 petition is **DENIED without prejudice**.

4. Judgment will issue accordingly.

**IT IS SO ORDERED.**

Dated: August 31, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE