JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLDO MARCELINO CHEVEZ-ALVAREZ,<br>Petitioner,<br>v.<br>FACILITY ADMINISTRATOR, Adelanto ICE Processing Center, *et al.*,<br>Respondents. | Case No. 5:26-cv-04159-JWH-SK<br><br>**JUDGMENT** |

Pursuant to the "Order Accepting Report and Recommendation to Grant Petition in Part" entered substantially contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The petition under 28 U.S.C. § 2241 is **GRANTED in part**

2. Respondents are **DIRECTED** to release Petitioner Arnoldo Marcelino Chevez-Alvarez (A# 241-004-467) no later than September 8, 2026, unless Respondents provide Chevez-Alvarez an individualized *Rodriguez* bond hearing before an immigration judge under 8 U.S.C. § 1226(a), with the Government bearing the burden of proof by clear and convincing evidence.

3. In all other respects, the § 2241 petition is **DENIED without prejudice**.

**IT IS SO ORDERED.**

Dated: August 31, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE